UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No: CR 3 11 70564 EMC |
| Plaintiff, ) | |
| ) | ORDER RE DETENTION AND TRANSFER |
| v. ) | |
| ANTHONY SANDOVAL, ) | |
| Defendant. ) | |

This matter came before the Court on May 26, 2011, for detention hearing in connection with a charge of violating supervised release conditions in the defendant's underlying matter, Eastern District of California Case No. 2:01-CR-003240DFL-PAN. The defendant was represented by Elizabeth Falk, and the government was represented by Jeffrey Finigan, Assistant United States Attorney.

As this matter involves an alleged violation of the terms of defendant's supervised release, the defendant bears the burden of showing by clear and convincing evidence that

ORDER RE
DETENTION AND TRANSFER
CR 3 11 70564 EMC

1  he does not pose a risk of flight and is not a danger to the safety of another person or the
2  community.  <u>United States v. Loya</u>, 23 F.3d 1529  (9th Cir. 1994); 18 U.S.C. § 3143(a).
3  After conducting a detention hearing, and carefully considering the proffers from the
4  parties and the Probation Department, the Court found that defendant did not pose a risk
5  of flight, but that it could not find by clear and convincing evidence that he does not pose
6  a danger to another person or the community.  The Court's finding was based, in part, on
7  the Probation Department's proffer regarding defendant's subsequent contact with the
8  victim of the alleged offense that led to the filing of the violation of supervised release
9  charge and his criminal history.  The Court therefore ordered the defendant detained
10 pending hearing in the Eastern District of California.  The Court further ordered, pursuant
11 to Rule 5(c)(3)(D), that the defendant be transferred to the Eastern District of California
12 forthwith in order to appear before that court on the supervised release charges.

**ORDER**

It is hereby ordered that the defendant shall be detained and transferred forthwith in the custody of the United Sates Marshal Service to the Eastern District of California. Upon arrival in the Eastern District of California, the United Sates Marshal Service shall notify the Clerk of the Court and request that the defendant's matter be placed on the soonest available calendar.

DATED: May 27, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

ORDER RE
DETENTION AND TRANSFER
CR 3 11 70564 EMC                                   2